Jenny Foss
247 S 100 W
Providence, UT 84332